# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TENNESSEE

CHAPTER 13 PLAN
(INDIVIDUAL ADJUSTMENT OF DEBTS)

**FAILURE TO FILE TIMELY WRITTEN OBJECTION TO CONFIRMATION WILL BE DEEMED ACCEPTANCE OF THE PLAN**

DEBTOR:  Larrie Maclin   SS# xxx-xx-6012

SS#

ADDRESS: 3994 N Trezevant, Memphis, TN  38127

PLAN PAYMENT: Debtor to pay $  200  Monthly

PAYROLL DEDUCTION: AFDC   OR ( X ) DIRECT PAY

BECAUSE:

FIRST PAYMENT:

ADMINISTRATIVE: Pay filing fee, trustee's fee, and debtor's attorney fee, pursuant to Court Order.
AUTO INSURANCE: ( )Not included in Plan  ( ) Included in Plan

| | | | PAYMENT |
|---|---|---|---|
| CHILD SUPPORT: | Future Support through Plan to | Shelby County Child Support | 0 on going |
| | Child Support Arrearage to | Shellby County Child Suport)(JenniferLewis) | 25 |
| PRIORITY CREDITORS: | City of Memphis(o Brown) 241.22 | | $ 6.00 |
| | City of Memphis(3994 Trezevant)2137.48 | | $48.00 |
| | City of Memphis(2301Brown) 1080.89 | | 25 |
| | City of Memphis (0Brown) 660 | | 11 |
| | Shelby County Trustee(3994 Trezevant) 2662.88 | | 60 |
| | Shelby County Trustee(2302 Brown) 687.93 | | 12 |

HOME MORTGAGE: If no arrearage, ongoing payments are to be paid directly by the debtor(s).

ongoing payment begins

Approximate arrearage            Interest

ongoing payment begins

Approximate arrearage            Interest

**ADEQUATE PROTECTION PAYMENTS SHALL BE ¼ (25%) OF PROPOSED CREDITOR MONTHLY PAYMENT**

| SECURED CREDITORS: (retain Lien 11 U.S.C. § 1325(a)(5)) | VALUE OF COLLATERAL | INTEREST RATE | MONTHLY PAYMENT |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

UNSECURED CREDITORS: Pay  to be determined  % of these claims after above claims are paid;
ESTIMATED TOTAL UNSECURED, NON-PRIORITY DEBT: _____;
TERMINATION: Plan shall terminate upon payment of the above, approximately **60** months.